# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| KENNETH L. LENK,<br><br>    Plaintiff,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-02625-BLF<br><br>**ORDER OF CLARIFICATION RE SECOND AMENDED JUDGMENT**<br><br>[Re: ECF 151, 152] |

On November 3, 2022, this Court entered an amended judgment to include this Court's award of attorneys' fees and costs in the amount of $17,665.74. *See* Am'd Judgment, ECF 138.

On July 25, 2025, this Court issued a second amended judgment to include the Ninth Circuit's award of attorneys' fees and costs in the amount of $12,615.00. *See* Second Am'd Judgment, ECF 151.

Plaintiff Lenk filed a notice on August 11, 2025, expressing concern that the second amended judgment includes the first award of $17,665.74, which he states has been collected by Defendants. *See* Pl.'s Notice, ECF 152. The Court clarifies that the second amended judgment recites the prior award of attorneys' fees and costs in the amount of $17,665.74 for the sake of completeness, but the only addition to the judgment amount is the Ninth Circuit's award of attorneys' fees and costs in the amount of $12,615.00.

**IT IS SO ORDERED.**

Dated: August 14, 2025

_____
BETH LABSON FREEMAN
United States District Judge